IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WALTER E. WILLIAMS,

     Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of Corrections,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5760

Opinion filed January 30, 2015.

Petition Seeking Belated Appeal -- Original Jurisdiction.

Walter E. Williams, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Jennifer Parker, General Counsel, Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

Walter E. Williams seeks a belated appeal of an order denying his petition for writ of habeas corpus, but we have no authority to grant a belated appeal in a civil proceeding. See Powell v. Department of Corrections, 727 So. 2d 1103 (Fla. 1st DCA 1999). Accordingly, the petition seeking belated appeal is DENIED. This disposition is without prejudice, however, to petitioner seeking relief in the lower tribunal. See,

generally, <u>Milord v. Florida Parole Commission</u>, 4 So. 3d 762 (Fla. 1st DCA 2009)(Browning, J., concurring).

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.